# EXHIBIT 13

## IN THE FEDERAL HIGH COURT OF NIGERIA
## IN THE LAGOS JUIDICIAL DIVISION
## HOLDEN AT LAGOS

### SUIT NO: FHC/L/CS/264/2016

**IN THE MATTER OF THE ARBITRATION AND CONCILIATION ACT CAP. A. 18 LAWS OF THE FEDERATION OF NIGERIA 2004 AND THE RULES THEREUNDER**

**BETWEEN:**
**THE MINISTER OF PETROLEUM RESOURCES** } **APPLICANT**
**(For and on behalf of the Ministry of Petroleum Resources)**

**AND**

**PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED BVI** } **RESPONDENT**

### ORDER

**UPON THIS ORIGINATING MOTION** dated and filed on the 28th day of February, 2016 coming before the Court and praying for the following:

1. **AN ORDER** enlarging the time within which the Applicant may apply to set aside the arbitration award of the tribunal on liability dated 17th July, 2015 ("**the Award**") in the above-mentioned arbitration proceedings.

2. **AN ORDER** setting aside and/or remitting for further

[Stamp: E. O. ADAKA / CERTIFIED TRUE COPY / CHIEF X OFFICER / FEDERAL HIGH COURT / IKOYI LAGOS / DATE 26/5/16]

2

consideration all or part of the arbitration Award of Lord Leonard Hoffmann, Chief Bayo Ojo, SAN and Sir Anthony Evans and for such further or other orders as this Honourable Court may deem fit to make in the circumstances.

**UPON READING** the Affidavit in support of Motion Ex-parte and the exhibits attached herein deposed to by **Safiat Kekere-Ekun,** Female, Nigerian Citizen of 20 Marina, Lagos State and filed at this Court Registry.

**AND AFTER HEARING** the submission of **Mr Olasupo Shasore SAN** with him **Mr Bello Salihu, Abiodun Anibaba Esq; I Aina (Mrs)** and **S. Ofulume Esq.** Counsel for the Applicant moved in terms of the motion paper.




Hon. Justice I. N. Buba
Presiding Judge

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. That an order is granted to the Applicant enlarging the time within which the Applicant may apply to set aside the arbitration award of the tribunal on liability dated 17th July, 2015 ("**the Award**") in the above-mentioned arbitration proceedings.

3

2. That an order is granted to the Applicant setting aside and/or remitting for further consideration all or part of the arbitration Award of Lord Leonard Hoffmann, Chief Bayo Ojo, SAN and Sir Anthony Evans and for such further or other orders as this Honourable Court may deem fit to make in the circumstances.

**ISSUED AT LAGOS, UNDER THE** seal of this Honourable Court and by the Hand of the presiding Judge this 24th day of May, 2016.

**ALOKPESI C. N.**
**REGISTRAR**