# EXHIBIT 14

| | |
|---|---|
| From: | Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk> |
| Sent: | Friday, May 27, 2016 10:52 AM |
| To: | Safiat Kekere-ekun; 'Sir Anthony Evans'; cabayoojo@aol.com; Seamus Andrew |
| Cc: | 'Olasupo Shasore'; Kate Trott; 'Lateefat Hakeem-Bakare'; abiodun.anibaba@tmsllp.com |
| Subject: | Re: ARBITRATION BETWEEN PROCESS AND INDUSTRIAL PROCESS DEVELOPMENTS LIMITED AND MINISTRY OF PETROLEUM RESOURCES OF NIGERIA |

Dear colleagues

The Tribunal thanks Mr Kekere-Ekun for his notification of the order of the Federal High Court on 24 May 2016. As the parties will be aware from Procedural Order No 12, the Tribunal has decided that the seat of the arbitration is in England. It follows that the Federal High Court had no jurisdiction to set aside its award.

The Tribunal will therefore be proceeding with the reference and would be grateful if the Respondent would indicate whether it intends to take part in the proceedings. It wishes to issue a Procedural Order for the further conduct of the arbitration and would therefore wish to have the Respondent state its position before Friday 3 June 2016.

Yours sincerely

Leonard Hoffmann
(Presiding Arbitrator).

**From:** "safiat.kekere-ekun@tmsllp.com" <safiat.kekere-ekun@tmsllp.com>
**Date:** Friday, 27 May 2016 at 15:00
**To:** Leonard Hoffmann <leonard.hoffmann@brickcourt.co.uk>, "AEvans@essexcourt.net" <AEvans@essexcourt.net>, "cabayoojo@aol.com" <cabayoojo@aol.com>, 'Seamus Andrew' <seamus.andrew@scaontier.com>
**Cc:** 'Olasupo Shasore' <os@shasore.com>, Kate Trott <kate.trott@brickcourt.co.uk>, Lateefat Hakeem-Bakare <lateefat.hakeem-bakare@tmsllp.com>, "abiodun.anibaba@tmsllp.com" <abiodun.anibaba@tmsllp.com>
**Subject:** RE: ARBITRATION BETWEEN PROCESS AND INDUSTRIAL PROCESS DEVELOPMENTS LIMITED AND MINISTRY OF PETROLEUM RESOURCES OF NIGERIA

Dear Sirs,

This is to notify you that the award of the Tribunal on liability dated 17th July 2015 has been set aside by an order of the Federal High Court of Nigeria, Lagos Judicial Division, delivered on 24th May 2016 ("the Order").

Please find attached a certified copy of the Order.

Kind regards,
Safiat
**Safiat Kekere-Ekun**
**Associate**
**Twenty Marina Solicitors LLP**
**2nd Floor, Sterling Towers**
**20 Marina**
**Lagos, Nigeria**
**Tel:   +234 1 2912225**
**Fax:  +234 1 2719882**