# EXHIBIT 15

| | |
|---|---|
| **From:** | Lateefat Hakeem-Bakare <lateefat.hakeem-bakare@tmsllp.com> |
| **Sent:** | Tuesday, June 21, 2016 1:16 PM |
| **To:** | 'Leonard Hoffmann'; cabayoojo@aol.com; 'Sir Anthony Evans'; Seamus Andrew; 'Kate Trott' |
| **Cc:** | 'Olasupo Shasore'; bello.salihu@tmsllp.com; safiat.kekere-ekun@tmsllp.com; abiodun.anibaba@tmsllp.com |
| **Subject:** | Re: ARBITRATION BETWEEN PROCESS AND INDUSTRIAL PROCESS DEVELOPMENTS LIMITED AND MINISTRY OF PETROLEUM RESOURCES OF NIGERIA |

Dear Tribunal,

We write further to your e-mail below in respect of the above arbitration.

We have received confirmation from the Ministry of its intention to participate in the damages phase of the arbitration while maintaining its position on the award on liability. The Ministry has also conformed to us that it is in the process of finalizing instructions to BDO LLP (Forensic Services), as experts, for this purpose.

Yours sincerely,

**Lateefat Hakeem-Bakare**
**Associate**
**Twenty Marina Solicitors LLP**
**2nd Floor, Sterling Towers**
**20 Marina**
**Lagos, Nigeria**
**Tel: +234 1 2719368-9**
**Fax: +234 1 2719882**
**+234 1 4622686**
E-mail: lateefat.hakeem-bakare@tmsllp.com

---

**From:** Leonard Hoffmann [mailto:leonard.hoffmann@brickcourt.co.uk]
**Sent:** 09 June 2016 15:45
**To:** Lateefat Hakeem-Bakare ; cabayoojo@aol.com; 'Sir Anthony Evans' ; 'Seamus Andrew' ; Kate Trott
**Cc:** 'Olasupo Shasore' ; bello.salihu@tmsllp.com; safiat.kekere-ekun@tmsllp.com; abiodun.anibaba@tmsllp.com
**Subject:** ***SPAM*** RE: ***SPAM*** Re: ARBITRATION BETWEEN PROCESS AND INDUSTRIAL PROCESS DEVELOPMENTS LIMITED AND MINISTRY OF PETROLEUM RESOURCES OF NIGERIA

Dear colleagues

The Tribunal extends the time for answering its question until 22 June 2016.

Leonard Hoffmann
(Presiding Arbitrator)