UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PROCESS AND INDUSTRIAL
DEVELOPMENTS LIMITED,                               :

                      Petitioner,                :

v.                                                   :   Civil Action No. 18-594

FEDERAL REPUBLIC OF NIGERIA and                      :
MINISTRY OF PETROLEUM RESOURCES OF
THE FEDERAL REPUBLIC OF NIGERIA,                     :

                      Respondents.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF MARCUS J. GREEN IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD

In support of the Petition to Confirm Arbitration Award filed by Process and Industrial Developments Limited, I, Marcus J. Green, do hereby declare and state as follows:

1. I am an attorney at the law firm Kobre & Kim LLP and am licensed to practice law in the District of Columbia.

2. On February 5, 2018, I caused a paralegal at my firm to obtain, through a document-retrieval service known as Thomson Reuters Court Express, photocopies of certain court filings in an action captioned *Malabu Oil & Gas Limited v. Federal Republic of Nigeria, et al.*, 02-cv-6162, before the United States District Court for the Southern District of New York. Hereinafter I refer to that action as the *Malabu* Action.

3. Attached as Exhibit 1 hereto is what I understand to be a true and correct copy of a Notice of Motion filed on April 15, 2003, by Defendants Federal Republic of Nigeria and Nigerian Ministry of Petroleum Resources (Dkt. No. 10) in the *Malabu* Action.  The Notice of

Motion is attached hereto in the form in which I understand it was filed in that action, with several "annexed" documents combined into a single filing.  Those "annexed" documents include an April 10, 2003 Declaration of Idenyehim Stella Omiyi, which can be found on the fourth and fifth pages of the full document.

      4.      Attached as Exhibit 2 hereto is what I understand to be a true and correct copy of a Memorandum of Law in Support of Motion to Dismiss filed on April 15, 2003, by Defendants Federal Republic of Nigeria and Nigerian Ministry of Petroleum Resources (Dkt. No. 11) in the *Malabu* Action.

      5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of March, 2018.

                                                       /s/ Marcus J. Green
                                                         Marcus J. Green
                                                     (D.C. Bar. No. 999223)