UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED, | : |
| Petitioner, | : |
| v. | : |
| FEDERAL REPUBLIC OF NIGERIA and MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA, | : |
| Respondents. | : |

Civil Action No. 18-594

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF ERRATA

Petitioner Process and Industrial Developments Limited hereby submits a Notice of Errata in connection with its Petition to Confirm Arbitration Award, which was filed March 16, 2018. Attached hereto is a corrected first page of the Petition to Confirm Arbitration Award, which has been revised to include in the caption the addresses of the parties, as required by Local Civil Rule 5.1(c)(1).

Dated: March 19, 2018

        Respectfully Submitted,

        /s/ Marcus J. Green
        Michael S. Kim
           D.C. Bar No. 1032401
           michael.kim@kobrekim.com
        Josef M. Klazen (*pro hac vice* application forthcoming)
           D.C. Bar No. 1003749
           josef.klazen@kobrekim.com
        Marcus J. Green
           D.C. Bar No. 999223
           marcus.green@kobrekim.com
        KOBRE & KIM LLP
        1919 M Street NW
        Washington, DC 20036
        Telephone:  (202) 664-1900

        *Attorneys for Petitioner Process and Industrial Developments Limited*