UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROCESS AND INDUSTRIAL DEVELOPMENTS
LIMITED, c/o Nerine Trust Company (BVI) Limited, Nerine :
Chambers, P.O. Box 905, Quastisky Building, Road Town,
Tortola, VG 1110, British Virgin Islands          :

                                   **Petitioner,**          :

v.          :          **Civil Action No. 18-594**

**FEDERAL REPUBLIC OF NIGERIA and MINISTRY**          :
**OF PETROLEUM RESOURCES OF THE FEDERAL**
**REPUBLIC OF NIGERIA,** c/o The Ministry of Foreign          :
Affairs, Central District FCT, Abuja, Nigeria

                                   **Respondents.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PETITION TO CONFIRM ARBITRATION AWARD

Petitioner Process and Industrial Developments Limited ("P&ID") hereby petitions this Court for an order and judgment confirming a final, binding arbitration award (the "Final Award") issued in London, England, on January 31, 2017, by a duly constituted arbitral tribunal (the "Tribunal") in *In the Matter of the Arbitration Act 1996 (England & Wales) and In the Matter of an Arbitration Under the Rules of the Nigerian Arbitration and Conciliation Act (Cap A18 LFN 2004) Between Process and Industrial Developments Limited, Claimant, and the Ministry of Petroleum Resources of the Federal Republic of Nigeria, Respondent* (the "Arbitration").  A duly certified true and correct copy of the Final Award is attached as Exhibit 17 to the accompanying Declaration of Seamus Ronald Andrew, dated March 16, 2018 (the "Andrew Declaration").  In support of this Petition, P&ID respectfully states as follows:

### THE PARTIES

1.     Petitioner P&ID is an engineering and project management company organized and existing under the laws of the British Virgin Islands.  P&ID was created in 2006 as a vehicle