28 USC 1608 Summons 12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PROCESS AND INDUSTRIAL
DEVELOPMENTS LIMITED

*Plaintiff*

v.

FEDERAL REPUBLIC OF NIGERIA and
MINISTRY OF PETROLEUM RESOURCES
OF THE FEDERAL REPUBLIC OF NIGERIA

*Defendant.*

Civil Action No. 1:18-cv-00594-CRC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEDERAL REPUBLIC OF NIGERIA
C/O The Ministry of Foreign Affairs, Central District FCT, Abuja, Nigeria

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Process and Industrial Developments Limited
c/o Michael S. Kim, Josef M. Klazen and Marcus J. Green
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/20/2018

/s/ Jean-Claude Douyon

*Signature of Deputy Clerk*

28 USC 1608 Summons 12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED

*Plaintiff*

v.

FEDERAL REPUBLIC OF NIGERIA and
MINISTRY OF PETROLEUM RESOURCES
OF THE FEDERAL REPUBLIC OF NIGERIA

*Defendant.*

Civil Action No. 1:18-cv-00594-CRC

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*  MINISTRY OF PETROLEUM RESOURCES OF THE
FEDERAL REPUBLIC OF NIGERIA
c/o The Ministry of Foreign Affairs, Central District FCT, Abuja, Nigeria

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Process and Industrial Developments Limited
c/o Michael S. Kim, Josef M. Klazen and Marcus J. Green
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/20/2018

/s/ Jean-Claude Douyon
*Signature of Deputy Clerk*