

April 10,2018

Dear Customer:

The following is the proof-of-delivery for tracking number 771806608823.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | ODIMBA T. | **Delivery location:** | CENTRAL DISTRICT FCT ABUJA |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 27, 2018 14:36 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771806608823 | **Ship date:** | Mar 22, 2018 |
| | | **Weight:** | 8.0 lbs/3.6 kg |

**Recipient:**
C/O MINISTRY OF FOREIGN AFFAIRS
FEDERAL REPUBLIC OF NIGERIA
CENTRAL DISTRICT FCT
ABUJA NG

**Shipper:**
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

**Reference**                              ▇▇▇▇▇▇

Thank you for choosing FedEx.



# IMPORTANT!
FedEx is closely monitoring the winter storms across portions of the U.S. Learn More

## FedEx® Tracking

**771806608823**

Ship date:
**Thu 3/22/2018**

**DISTRICT OF COLUMBIA**
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC US 20001
202 354-3000



**Delivered**
Signed for by: ODIMBA T.

Actual delivery:
**Tue 3/27/2018 2:36 pm**

**FEDERAL REPUBLIC OF NIGERIA**
C/O MINISTRY OF FOREIGN AFFAIRS
CENTRAL DISTRICT FCT
ABUJA NG
202 354-3000

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| 3/27/2018 - Tuesday | | |
| 2:36 pm | Delivered | ABUJA NG |
| 1:00 pm | International shipment release - Import | ABUJA NG |
| 3/26/2018 - Monday | | |
| 1:02 pm | In transit | LAGOS NG |
| 12:40 pm | In transit<br>Package available for clearance | LAGOS NG |
| 11:15 am | International shipment release - Import | LAGOS NG |
| 3/24/2018 - Saturday | | |
| 5:00 am | At destination sort facility | POYLE GB |
| 5:00 am | In transit | POYLE GB |
| 4:17 am | In transit | POYLE GB |
| 12:29 am | In transit | STANSTED GB |
| 3/23/2018 - Friday | | |

|         |                                    |                  |
|---------|------------------------------------|------------------|
|         | 3/23/2018 - Friday                 |                  |
| 6:16 pm | In transit                         | STANSTED GB      |
| 6:12 am | In transit                         | INDIANAPOLIS, IN |
| 5:50 am | In transit                         | INDIANAPOLIS, IN |
| 4:51 am | Departed FedEx location            | INDIANAPOLIS, IN |
| 1:54 am | In transit                         | INDIANAPOLIS, IN |
| 12:30 am| Arrived at FedEx location          | INDIANAPOLIS, IN |
|         | 3/22/2018 - Thursday               |                  |
| 8:55 pm | Left FedEx origin facility         | WASHINGTON, DC   |
| 7:19 pm | Picked up                          | WASHINGTON, DC   |
| 8:18 am | Shipment information sent to FedEx |                  |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 771806608823 | Service | FedEx International Priority |
| Weight | 8 lbs / 3.63 kgs | Dimensions | 18x12x3 in. |
| Delivery attempts | 1 | Delivered To | Receptionist/Front Desk |
| Total pieces | 1 | Total shipment weight | 8 lbs / 3.63 kgs |
| Terms | Shipper | Shipper reference | 2726.001 |
| Packaging | FedEx Box | Special handling section | Deliver Weekday |
| Customer exception request number (CER) | 0323026438 | Standard transit | 3/28/2018 by 8:00 pm |

## Commodity Information

| Line Item | Country of Manufacturing | Harmonized Code(s) | Description |
|---|---|---|---|
| 1 | US | | CORRESPONDENCE/NO COMMERCIAL VALUE |

OUR COMPANY

About FedEx

Our Portfolio

Investor Relations



April 10,2018

Dear Customer:

The following is the proof-of-delivery for tracking number 771806761183.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | OBIMBA T. | **Delivery location:** | OF THE FEDERAL REPUBLIC OF NIGERIA CENTRAL DISTRICT FCT ABUJA |
| **Service type:** | FedEx International Priority | **Delivery date:** | Mar 27, 2018 14:36 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771806761183 | **Ship date:** | Mar 22, 2018 |
| | | **Weight:** | 8.0 lbs/3.6 kg |

**Recipient:**
C/O MINISTRY OF FOREIGN AFFAIRS
MINISTRY OF PETROLEUM RESOURCES
OF THE FEDERAL REPUBLIC OF NIGERIA
CENTRAL DISTRICT FCT
ABUJA NG
**Reference**

**Shipper:**
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

Thank you for choosing FedEx.



 

# IMPORTANT!
FedEx is closely monitoring the winter storms across portions of the U.S. Learn More

## FedEx® Tracking

**771806761183**

| Ship date: | | Actual delivery: |
|---|---|---|
| Thu 3/22/2018 |  **Delivered** Signed for by: OBIMBA T. | Tue 3/27/2018 2:36 pm |
| **DISTRICT OF COLUMBIA** UNITED STATES DISTRICT COURT 333 CONSTITUTION AVENUE, NW WASHINGTON, DC US 20001 202 354-3000 | | **MINISTRY OF PETROLEUM RESOURCES** C/O MINISTRY OF FOREIGN AFFAIRS CENTRAL DISTRICT FCT OF THE FEDERAL REPUBLIC OF NIG ABUJA NG 202 354-3000 |



## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **− 3/27/2018 - Tuesday** | | |
| 2:36 pm | Delivered | ABUJA NG |
| 1:00 pm | International shipment release - Import | ABUJA NG |
| **− 3/26/2018 - Monday** | | |
| 1:02 pm | In transit | LAGOS NG |
| 12:40 pm | In transit Package available for clearance | LAGOS NG |
| 11:16 am | International shipment release - Import | LAGOS NG |
| **− 3/24/2018 - Saturday** | | |
| 5:00 am | At destination sort facility | POYLE GB |
| 5:00 am | In transit | POYLE GB |
| 4:07 am | In transit | POYLE GB |

| | | | |
|---|---|---|---|
| 4:07 am | In transit | | STL GB |
| 12:29 am | In transit | | STANSTED GB |

- **3/23/2018 - Friday**

| | | | |
|---|---|---|---|
| 7:14 pm | In transit | | STANSTED GB |
| 6:12 am | In transit | | INDIANAPOLIS, IN |
| 5:50 am | In transit | | INDIANAPOLIS, IN |
| 4:51 am | Departed FedEx location | | INDIANAPOLIS, IN |
| 2:27 am | In transit | | INDIANAPOLIS, IN |
| 12:30 am | Arrived at FedEx location | | INDIANAPOLIS, IN |

- **3/22/2018 - Thursday**

| | | | |
|---|---|---|---|
| 8:55 pm | Left FedEx origin facility | | WASHINGTON, DC |
| 7:19 pm | Picked up | | WASHINGTON, DC |
| 8:32 am | Shipment information sent to FedEx | | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking Number** | 771806761183 | **Service** | FedEx International Priority |
| **Weight** | 8 lbs / 3.63 kgs | **Dimensions** | 18x12x3 in. |
| **Delivery attempts** | 1 | **Delivered To** | Receptionist/Front Desk |
| **Total pieces** | 1 | **Total shipment weight** | 8 lbs / 3.63 kgs |
| **Terms** | Shipper | **Shipper reference** | 2726.001 |
| **Packaging** | FedEx Box | **Special handling section** | Deliver Weekday |
| **Customer exception request number (CER)** | 0323026459 | **Standard transit** | 3/28/2018 by 8:00 pm |

## Commodity Information

| Line Item | Country of Manufacturing | Harmonized Code(s) | Description |
|---|---|---|---|
| 1 | US | | CORRESPONDENCE/NO COMMERCIAL VALUE |

**OUR COMPANY**

About FedEx

Our Portfolio