Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED

Plaintiff(s)

v.

FEDERAL REPUBLIC OF NIGERIA et al

Defendant(s)

Civil Action: 18-cv-00594-CRC

**RE:** DEFENDANTS: FEDERAL REPUBLIC OF NIGERIA and MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 3/27/18, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of June, 2018 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: _____
Deputy Clerk