CO 226
Rev. 2/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

PROCESS AND INDUSTRIAL
DEVELOPMENTS LIMITED

_____
Plaintiff(s)

vs.   Civil Action No.: 18-cv-594-CRC

FEDERAL REPUBLIC OF NIGERIA and
MINISTRY OF PETROLEUM RESOURCES
OF THE FEDERAL REPUBLIC OF NIGERIA
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

See Appendix 1

by: (check one)
- ☐ registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): The Federal Republic of Nigeria, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

s/ Michael S. Kim
(Signature)

KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036

(Name and Address)

# **APPENDIX 1**

1. FEDERAL REPUBLIC OF NIGERIA
   c/o Minister of Foreign Affairs of the Federal Republic of Nigeria
   Head of the Ministry of Foreign Affairs of the Federal Republic of Nigeria
   Tafawa Balewa Building, Federal Secretariat, CBD, Abuja, Nigeria

2. FEDERAL REPUBLIC OF NIGERIA
   c/o Minister of Foreign Affairs of the Federal Republic of Nigeria
   Head of the Ministry of Foreign Affairs of the Federal Republic of Nigeria
   Central District FCT, Abuja, Nigeria

3. MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA
   c/o Minister of Foreign Affairs of the Federal Republic of Nigeria
   Head of the Ministry of Foreign Affairs of the Federal Republic of Nigeria
   Tafawa Balewa Building, Federal Secretariat, CBD, Abuja, Nigeria

4. MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA
   c/o Minister of Foreign Affairs of the Federal Republic of Nigeria
   Head of the Ministry of Foreign Affairs of the Federal Republic of Nigeria
   Central District FCT, Abuja, Nigeria