

ORIGIN ID:TSGA   (202) 354-3000
CLERK OF THE COURT
CLERK OF THE COURT
333 CONSTITUTION AVENUE, NW

WASHINGTON, DC 20001 US

SIGN: CLERK OF THE COURT

TO MINISTER OF FOREIGN AFFAIRS OF THE
FEDERAL REPUBLIC OF NIGERIA
SEE ATTACHED INSTRUCTIONS

ABUJA
12345678890

(NG)

SHIP DATE: 19JUN18
ACTWGT: 15.00 LB
CAD: 4032168/INET 3980

BILL SENDER

NY ABVA

TRK# 7725 1064 5038
[0430]

PM   INTL PRIORITY

232   -NG   LHR

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. (The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared and described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com





After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1  Fold the printed page along the horizontal line.
2  Place label in shipping pouch and affix it to your shipment.



ORIGIN ID:TSGA (202) 354-3000
Clerk of the Court
US District Court of DC
333 Constitution Avenue, NW
UNITED STATES US

Washington DC 20001
UNITED STATES US

Ship Date: 19JUN18
ActWgt: 15.00 LB
CAD: 4032169/INET3980

BILL SENDER
ENV/AT

TO Minister of Foreign Affairs of the
Federal Republic of Nigeria
See attached Instructions

Abuja,                                        (NG)

1234567890

FedEx Express

NY ABVA

AWB

TRK# 7725 1064 5038        Form 0430

PKG TYPE: BOX

PM
INTL PRIORITY

REF: 2726
DESC1: Leases
DESC2:
DESC3:
DESC4:
EEI NO EEI 30.37(a)

These items are controlled by the U.S. government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after incorporation into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD

SIGN Clerk of the Court
T/C S 27231867
D/T S 27231867

FEDEX AWB COPY - PLEASE PLACE IN POUCH

The Montreal of Warsaw Convention may apply and govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

---

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER | |
|---|---|
| **Tax ID#** | |
| **Contact Name**  Clerk of the Court | **Ship Date**    19 Jun, 2018 |
| **Telephone No.**  2023543000 | |
| **E-Mail** · therese kuesler@kobrekim com | **Air Waybill No. / Tracking No. / Bill of Lading**     772510645038 |
| **Company Name/Address** | |
| US District Court of DC | **Invoice No.** ·   **Purchase Order No.** |
| 333 Constitution Avenue, NW | |

Washington DC 20001
**Country**   United States
**Parties to Transaction.**
☐ Related      ☐ Non-Related

**Payment Terms**

**Purpose of Shipment**    Commercial

| CONSIGNEE | SOLD TO (if different from Consignee) |
|---|---|
| **Tax ID#** | ☑ **Same as CONSIGNEE** . |
| **Contact Name**   Minister of Foreign Affairs of the | |
| **Telephone No.** .  1234567890 | **Tax ID#** |
| **E-Mail** · | **Company Name/Address** · |
| **Company Name/Address** | |
| Federal Republic of Nigeria | |
| See attached Instructions | |
| | |
| Abuja | |
| **Country**   Nigeria | |
| | **Country** |

If there is a designated broker for this shipment, please provide contact information
**Name of Broker      Tel No.      Contact Name**

**Duties and Taxes Payable by**  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Leases | | US | 0.000000 | 0.00 |

| | | |
|---|---|---|
| **Total No. of Packages** : 1 | **Total Weight (Indicate LBS or KGS)** : 15 00 lbs | **Terms of Sale** :   FCA |
| **Special Instructions** | | **Subtotal**    0.00 |
| | | **Insurance**    0.00 |
| | | **Freight**    0.00 |
| | | **Packing** :    0.00 |
| **Declaration Statement(s)** | | **Handling**    0.00 |
| These items are controlled by the U S Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | **Other**    0.00 |
| **I declare that all the information contained in this invoice to be true and correct** | | **Invoice Total** :    0.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual** . | | **Currency Code** :   USD |
| | | 19 Jun, 2018 |
| **Signature / Title / Date** | | |

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER | |
|---|---|
| **Tax ID#** | |
| **Contact Name**  Clerk of the Court | |
| **Telephone No.**  2023543000 | |
| **E-Mail**  therese.kuester@kobrekim.com | |
| **Company Name/Address** . | |
| US District Court of DC | |
| 333 Constitution Avenue, NW | |

**Ship Date**   19 Jun, 2018

**Air Waybill No. / Tracking No. / Bill of Lading**   772510645038

**Invoice No.     Purchase Order No.**

Washington DC 20001
**Country**   United States
**Parties to Transaction.**
☐ Related        ☐ Non-Related

**Payment Terms** :

**Purpose of Shipment**    Commercial

| CONSIGNEE | SOLD TO (if different from Consignee) · |
|---|---|
| **Tax ID#** | ☑ Same as CONSIGNEE . |
| **Contact Name**   Minister of Foreign Affairs of the | |
| **Telephone No.**   1234567890 | **Tax ID#** |
| **E-Mail** | **Company Name/Address** |
| **Company Name/Address** | |
| Federal Republic of Nigeria | |
| See attached instructions | |
| Abuja | |
| **Country**   Nigeria | **Country** . |

If there is a designated broker for this shipment, please provide contact information
**Name of Broker      Tel No.      Contact Name**

Duties and Taxes Payable by  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Leases | | US | 0.000000 | 0.00 |

| Total No. of Packages   1 | Total Weight (Indicate LBS or KGS)   15.00 lbs | | Terms of Sale : | FCA |
|---|---|---|---|---|
| **Special Instructions** . | | | Subtotal : | 0.00 |
| | | | Insurance : | 0.00 |
| | | | Freight : | 0.00 |
| | | | Packing : | 0.00 |
| **Declaration Statement(s)** · | | | Handling | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations | | | Other . | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | | Invoice Total : | 0.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual · | | | Currency Code : | USD |
| | | | 19 Jun, 2018 | |
| **Signature / Title / Date** | | | | |

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER**
Tax ID#
**Contact Name**  Clerk of the Court
**Telephone No.**  2023543000
**E-Mail**  therese.kuester@kobrekim.com
**Company Name/Address** :
US District Court of DC
333 Constitution Avenue, NW

Washington DC 20001
**Country** :  United States
**Parties to Transaction**
☐ Related       ☐ Non-Related

**Payment Terms** :

**Purpose of Shipment**    Commercial

**Ship Date** :  19 Jun, 2018

**Air Waybill No. / Tracking No. / Bill of Lading**    772510645038

**Invoice No.**    **Purchase Order No.**

**CONSIGNEE**
Tax ID#
**Contact Name**  Minister of Foreign Affairs of the
**Telephone No.**  1234567890
**E-Mail**
**Company Name/Address**
Federal Republic of Nigeria
See attached instructions

Abuja
**Country**  Nigeria

**SOLD TO (if different from Consignee)**
☑ Same as CONSIGNEE

Tax ID#
**Company Name/Address**

**Country** :

If there is a designated broker for this shipment, please provide contact information
**Name of Broker       Tel No.       Contact Name**

**Duties and Taxes Payable by**  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
|  | 1.00 | PCS | Commercial - Leases |  | US | 0.000000 | 0.00 |

| | | |
|---|---|---|
| **Total No. of Packages**  1 | **Total Weight (Indicate LBS or KGS)** :  15.00 lbs | **Terms of Sale :**  FCA |
| **Special Instructions** : | | **Subtotal**  0.00 |
| | | **Insurance** .  0.00 |
| | | **Freight** .  0.00 |
| | | **Packing :**  0.00 |
| **Declaration Statement(s)** : These items are controlled by the U.S Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S government or as otherwise authorized by U.S. law and regulations. | | **Handling**  0.00 |
| | | **Other**  0.00 |
| **I declare that all the information contained in this invoice to be true and correct** | | **Invoice Total :**  0.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual** . | | **Currency Code** :  USD |
| **Signature / Title / Date** | | 19 Jun, 2018 |



After printing this label.
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors The terms "you" and "your" refer to the shipper, its employees, principals and agents If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill AIR CARRIAGE NOTICE For any international shipments by air, the Warsaw Convention, as amended, may be applicable The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment The Warsaw Convention, as amended, limits FedEx's liability For example in the U S liability is limited to $9 07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges The interpretation and operation of the Warsaw Convention's liability limits may vary in each country There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate ROAD TRANSPORT NOTICE Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail LIMITATION OF LIABILITY If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U S $100 (or equivalent local currency for the country of origin) of declared value for carriage If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages LIABILITIES NOT ASSUMED IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority NO WARRANTY We make no warranties, express or implied CLAIMS FOR LOSS, DAMAGE OR DELAY ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country Refer to the Convention to determine the claims period for your shipment The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention FedEx is not obligated to act on any claim until all transportation charges have been paid The claim amount may not be deducted from the transportation charges If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection MANDATORY LAW Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment Email address located at www fedex com



After printing this label.
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2 Place label in shipping pouch and affix it to your shipment.



After printing this label.
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line
2. Place label in shipping pouch and affix it to your shipment



After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER**
Tax ID#
Contact Name : Clerk of the Court
Telephone No. 2023543000
E-Mail : therese.kuester@kobrekim.com
Company Name/Address
US District Court of DC
333 Constitution Avenue, NW

Washington DC 20001
Country · United States
Parties to Transaction.
☐ Related        ☐ Non-Related

Payment Terms

Purpose of Shipment : Commercial

Ship Date    19 Jun, 2018

Air Waybill No. / Tracking No. / Bill of Lading ·    772510511747

Invoice No.    Purchase Order No.

**CONSIGNEE**
Tax ID#
Contact Name   Minister of Foreign Affairs of the
Telephone No.  1234567890
E-Mail :
Company Name/Address
Federal Republic of Nigeria
See attached Instructions

Abuja
Country   Nigeria

SOLD TO (if different from Consignee)
☑ Same as CONSIGNEE

Tax ID# :
Company Name/Address

Country

If there is a designated broker for this shipment, please provide contact information
Name of Broker      Tel No.      Contact Name

Duties and Taxes Payable by ☑ Exporter ☐ Consignee ☐ Other If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
|  | 1 00 | PCS | Commercial - Legal Documents |  | US | 0 000000 | 0.00 |
| **Total No. of Packages** 1 | | | Total Weight (Indicate LBS or KGS)   15 00 lbs | | | **Terms of Sale :** | FCA |
| **Special Instructions** | | | | | | Subtotal | 0.00 |
|  | | | | | | Insurance : | 0 00 |
|  | | | | | | Freight : | 0 00 |
|  | | | | | | Packing | 0 00 |
| **Declaration Statement(s)** | | | | | | Handling : | 0 00 |

Declaration Statement(s)
These items are controlled by the U S Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U S law and regulations.

| Other : | 0.00 |
|---|---|

| I declare that all the information contained in this invoice to be true and correct | **Invoice Total** | 0.00 |
|---|---|---|
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual · | **Currency Code** | USD |

19 Jun, 2018

Signature / Title / Date

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER | |
|---|---|
| Tax ID# | |
| **Contact Name** Clerk of the Court | **Ship Date** 19 Jun, 2018 |
| **Telephone No.** 2023543000 | **Air Waybill No. / Tracking No. / Bill of Lading** 772510511747 |
| **E-Mail** therese.kuester@kobrekim.com | |
| **Company Name/Address** | **Invoice No.   Purchase Order No.** |
| US District Court of DC | |
| 333 Constitution Avenue, NW | |

Washington DC 20001
**Country**   United States
**Parties to Transaction**

☐ Related      ☐ Non-Related

**Payment Terms :**

**Purpose of Shipment**    Commercial

| CONSIGNEE | SOLD TO (if different from Consignee) |
|---|---|
| Tax ID# | ☑ Same as CONSIGNEE |
| **Contact Name**  Minister of Foreign Affairs of the | |
| **Telephone No.**  1234567890 | |
| **E-Mail** . | Tax ID# |
| **Company Name/Address** . | **Company Name/Address** |
| Federal Republic of Nigeria | |
| See attached Instructions | |

Abuja
**Country**   Nigeria

**Country**

If there is a designated broker for this shipment, please provide contact information
**Name of Broker     Tel No.     Contact Name**

**Duties and Taxes Payable by** ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| Total No. of Packages   1 | Total Weight (Indicate LBS or KGS)   15 00 lbs | Terms of Sale : | FCA |
|---|---|---|---|
| **Special Instructions** | | Subtotal . | 0 00 |
| | | Insurance | 0 00 |
| | | Freight | 0.00 |
| | | Packing | 0.00 |
| **Declaration Statement(s)** | | Handling | 0 00 |
| These items are controlled by the U S Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee | | | |
| or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the | | Other | 0 00 |
| authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from | | | |
| the U.S. government or as otherwise authorized by U S law and regulations. | | | |
| **I declare that all the information contained in this invoice to be true and correct** | | Invoice Total | 0 00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual | | Currency Code | USD |
| | | 19 Jun, 2018 | |
| **Signature / Title / Date** | | | |

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER . | |
|---|---|
| **Tax ID#** | |
| **Contact Name** Clerk of the Court | **Ship Date** 19 Jun, 2018 |
| **Telephone No.** 2023543000 | |
| **E-Mail** therese.kuester@kobrekim.com | **Air Waybill No. / Tracking No. / Bill of Lading** 772510511747 |
| **Company Name/Address** | |
| US District Court of DC | **Invoice No. : Purchase Order No.** |
| 333 Constitution Avenue, NW | |
| | |
| Washington DC 20001 | |
| **Country** United States | |
| **Parties to Transaction:** | |
| ☐ Related   ☐ Non-Related | |
| **Payment Terms** | |
| **Purpose of Shipment :** Commercial | |

| CONSIGNEE | SOLD TO (if different from Consignee) . |
|---|---|
| **Tax ID#** | ☑ **Same as CONSIGNEE :** |
| **Contact Name** Minister of Foreign Affairs of the | |
| **Telephone No.** 1234567890 | **Tax ID#** |
| **E-Mail** | **Company Name/Address :** |
| **Company Name/Address** | |
| Federal Republic of Nigeria | |
| See attached Instructions | |
| | |
| Abuja | |
| **Country** Nigeria | |
| | **Country** . |

**If there is a designated broker for this shipment, please provide contact information**
**Name of Broker    Tel No.    Contact Name**

**Duties and Taxes Payable by** ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| Total No. of Packages  1 | Total Weight (Indicate LBS or KGS) : 15.00 lbs | **Terms of Sale :** | FCA |
|---|---|---|---|
| **Special Instructions** . | | **Subtotal** | 0.00 |
| | | **Insurance** . | 0.00 |
| | | **Freight** : | 0.00 |
| | | **Packing** | 0.00 |
| **Declaration Statement(s)** | | **Handling** | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | **Other** | 0.00 |
| I declare that all the information contained in this invoice to be true and correct | | **Invoice Total** . | 0.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual : | | **Currency Code** . | USD |
| | | 19 Jun, 2018 | |
| **Signature / Title / Date** | | | |



After printing this label.

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

**Warning**  Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS  On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors  The terms "you" and "your" refer to the shipper, its employees, principals and agents  If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you  The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills  The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill  AIR CARRIAGE NOTICE  For any international shipments by air, the Warsaw Convention, as amended, may be applicable  The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment  The Warsaw Convention, as amended, limits FedEx's liability  For example in the U S  liability is limited to $9 07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges  The interpretation and operation of the Warsaw Convention's liability limits may vary in each country  There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate  ROAD TRANSPORT NOTICE  Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary  For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail  LIMITATION OF LIABILITY  If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage  Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation  FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U S  $100 (or equivalent local currency for the country of origin) of declared value for carriage  If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages  LIABILITIES NOT ASSUMED  IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED  FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment  or violations by any party of the terms of this agreement  FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority  NO WARRANTY  We make no warranties, express or implied  CLAIMS FOR LOSS, DAMAGE OR DELAY  ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS  SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS  The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment  Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country  Refer to the Convention to determine the claims period for your shipment  The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention  FedEx is not obligated to act on any claim until all transportation charges have been paid  The claim amount may not be deducted from the transportation charges  If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition  In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection  MANDATORY LAW  Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden  The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill  Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment  Email address located at www.fedex.com

3



After printing this label.
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1  Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.



After printing this label:

**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**

1 Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER**
Tax ID#
**Contact Name** · Clerk of the Court
**Telephone No.**  2023543000
**E-Mail**  therese kuester@kobrekim com
**Company Name/Address**
US District Court of DC
333 Constitution Avenue, NW

Washington DC 20001
**Country** .  United States
**Parties to Transaction**·
☐ Related    ☐ Non-Related

**Payment Terms**

**Purpose of Shipment**    Commercial

Ship Date .  19 Jun, 2018

Air Waybill No. / Tracking No. / Bill of Lading    772510546899

Invoice No.    Purchase Order No.

**CONSIGNEE**
Tax ID#
**Contact Name**   Minister of Foreign Affairs of the
**Telephone No.**  1234567890
**E-Mail**
**Company Name/Address**
Federal Republic of Nigeria
See attached Instructions

Abuja
**Country** : Nigeria

**SOLD TO (if different from Consignee)**
☑ Same as CONSIGNEE

Tax ID# .
**Company Name/Address**

Country

If there is a designated broker for this shipment, please provide contact information
**Name of Broker       Tel No.       Contact Name**

**Duties and Taxes Payable by** ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
|  | 1 00 | PCS | Commercial - Legal Documents |  | US | 0.000000 | 0.00 |

| **Total No. of Packages** . 1 | **Total Weight (Indicate LBS or KGS)**   15.00 lbs | **Terms of Sale :** | FCA |
|---|---|---|---|
| **Special Instructions** · |  | Subtotal | 0.00 |
|  |  | Insurance | 0.00 |
|  |  | Freight : | 0.00 |
|  |  | Packing | 0 00 |
| **Declaration Statement(s)**  These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified  They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U S  government or as otherwise authorized by U S  law and regulations. | | Handling | 0.00 |
| | | Other | 0.00 |
| **I declare that all the information contained in this invoice to be true and correct** | | Invoice Total | 0.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual :** | | Currency Code | USD |
| **Signature / Title / Date** | | 19 Jun, 2018 | |

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER | |
|---|---|
| **Tax ID#** | |
| **Contact Name**  Clerk of the Court | **Ship Date**   19 Jun, 2018 |
| **Telephone No.**   2023543000 | |
| **E-Mail**  therese.kuester@kobrekim.com | **Air Waybill No. / Tracking No. / Bill of Lading**   772510546899 |
| **Company Name/Address** | |
| US District Court of DC | **Invoice No.**   **Purchase Order No.** |
| 333 Constitution Avenue, NW | |

Washington DC 20001
**Country** :  United States
**Parties to Transaction**:
☐ Related     ☐ Non-Related

**Payment Terms**

**Purpose of Shipment**   Commercial

| CONSIGNEE : | SOLD TO (if different from Consignee) : |
|---|---|
| **Tax ID#** : | ☑ Same as CONSIGNEE : |
| **Contact Name**   Minister of Foreign Affairs of the | |
| **Telephone No.**   1234567890 | **Tax ID#** : |
| **E-Mail** : | **Company Name/Address** |
| **Company Name/Address** | |
| Federal Republic of Nigeria | |
| See attached Instructions | |
| | |
| Abuja | |
| **Country**   Nigeria | **Country** |

If there is a designated broker for this shipment, please provide contact information
**Name of Broker      Tel No.      Contact Name**

**Duties and Taxes Payable by** ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1.00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total No. of Packages**   1 | **Total Weight (Indicate LBS or KGS)**   15.00 lbs | | | **Terms of Sale** : | FCA |
| **Special Instructions** | | | | **Subtotal** | 0.00 |
| | | | | **Insurance** : | 0.00 |
| | | | | **Freight** : | 0.00 |
| | | | | **Packing** | 0.00 |
| **Declaration Statement(s)** | | | | **Handling** | 0.00 |
| These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | | | **Other** | 0.00 |
| **I declare that all the information contained in this invoice to be true and correct** | | | | **Invoice Total** . | 0.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual** . | | | | **Currency Code** : | USD |
| | | | | 19 Jun, 2018 | |
| **Signature / Title / Date** | | | | | |

This invoice must be completed in English

# COMMERCIAL INVOICE

| | |
|---|---|
| **EXPORTER** <br> **Tax ID#** <br> **Contact Name**  Clerk of the Court <br> **Telephone No.**  2023543000 <br> **E-Mail**  therese kuester@kobrekim com <br> **Company Name/Address** <br> US District Court of DC <br> 333 Constitution Avenue, NW <br><br><br><br> Washington DC 20001 <br> **Country**  United States <br> **Parties to Transaction** <br> ☐ Related        ☐ Non-Related <br><br> **Payment Terms** <br><br> **Purpose of Shipment**    Commercial | **Ship Date**    19 Jun, 2018 <br><br> **Air Waybill No. / Tracking No. / Bill of Lading**    772510546899 <br><br> **Invoice No.**    **Purchase Order No.** |

| | |
|---|---|
| **CONSIGNEE** <br> **Tax ID#** <br> **Contact Name**  Minister of Foreign Affairs of the <br> **Telephone No.**  1234567890 <br> **E-Mail** <br> **Company Name/Address** <br> Federal Republic of Nigeria <br> See attached Instructions <br><br><br><br> Abuja <br> **Country**  Nigeria | **SOLD TO (if different from Consignee)** <br> ☑ Same as CONSIGNEE <br><br> **Tax ID#** <br> **Company Name/Address** <br><br><br><br><br> **Country** |

**If there is a designated broker for this shipment, please provide contact information**
**Name of Broker**      **Tel No.**      **Contact Name**

**Duties and Taxes Payable by**  ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1 00 | PCS | Commercial - Legal Documents | | US | 0 000000 | 0.00 |

| | | | |
|---|---|---|---|
| **Total No. of Packages**  1 | **Total Weight (Indicate LBS or KGS)**  15 00 lbs | **Terms of Sale :** | FCA |
| **Special Instructions** | | **Subtotal :** | 0.00 |
| | | **Insurance :** | 0.00 |
| | | **Freight** | 0.00 |
| | | **Packing** | 0 00 |
| **Declaration Statement(s) .** <br> These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee | | **Handling** | 0 00 |
| or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U S law and regulations | | **Other** | 0.00 |
| **I declare that all the information contained in this invoice to be true and correct** | | **Invoice Total** | 0.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual** | | **Currency Code :** | USD |
| **Signature / Title / Date** | | 19 Jun, 2018 | |



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS  On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors  The terms "you" and "your" refer to the shipper, its employees, principals and agents  If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you  The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills  The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill  AIR CARRIAGE NOTICE  For any international shipments by air, the Warsaw Convention, as amended, may be applicable  The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment  The Warsaw Convention, as amended, limits FedEx's liability  For example in the U S  liability is limited to $9 07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges  The interpretation and operation of the Warsaw Convention's liability limits may vary in each country  There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate  ROAD TRANSPORT NOTICE  Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary  For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail  LIMITATION OF LIABILITY  If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage  Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation  FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U S  $100 (or equivalent local currency for the country of origin) of declared value for carriage  If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages  LIABILITIES NOT ASSUMED  IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED  FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement  FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority  NO WARRANTY  We make no warranties, express or implied  CLAIMS FOR LOSS, DAMAGE OR DELAY  ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS  SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS  The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment  Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country  Refer to the Convention to determine the claims period for your shipment  The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention  FedEx is not obligated to act on any claim until all transportation charges have been paid  The claim amount may not be deducted from the transportation charges  If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition  In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection  MANDATORY LAW  Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden  The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill  Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment  Email address located at www fedex com

Page 2 of 7



After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

6/19/2018



After printing this label:

**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line
2. Place label in shipping pouch and affix it to your shipment.



FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER | |
|---|---|
| **Tax ID#** | |
| **Contact Name** Clerk of the Court | |
| **Telephone No.** 2023543000 | |
| **E-Mail** therese.kuester@kobrekim.com | |
| **Company Name/Address** | |
| US District Court of DC | |
| 333 Constitution Avenue, NW | |

**Ship Date** 19 Jun, 2018

**Air Waybill No. / Tracking No. / Bill of Lading** 772510438670

**Invoice No.** **Purchase Order No.** :

Washington DC 20001
**Country** United States
**Parties to Transaction**

☐ Related ☐ Non-Related

**Payment Terms** :

**Purpose of Shipment** Commercial

| CONSIGNEE : | SOLD TO (if different from Consignee) |
|---|---|
| **Tax ID#** | ☑ Same as CONSIGNEE : |
| **Contact Name** Minster of Foreign Affairs of the | |
| **Telephone No.** 1234567890 | **Tax ID#** : |
| **E-Mail** : | **Company Name/Address** |
| **Company Name/Address** | |
| Federal Republic of Nigeria | |
| See attached Instructions | |
| Abuja | |
| **Country** Nigeria | |
| | **Country** |

If there is a designated broker for this shipment, please provide contact information
**Name of Broker    Tel No.    Contact Name**

**Duties and Taxes Payable by** ☑ Exporter ☐ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1 00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |
| **Total No. of Packages** 1 | | | **Total Weight (Indicate LBS or KGS)** 15 00 lbs | | | **Terms of Sale :** | FCA |

| Special Instructions | | Subtotal : | 0.00 |
|---|---|---|---|
| | | Insurance : | 0.00 |
| | | Freight : | 0.00 |
| | | Packing : | 0 00 |
| **Declaration Statement(s)** | | Handling : | 0.00 |
| These items are controlled by the U S Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations. | | Other | 0 00 |
| **I declare that all the information contained in this invoice to be true and correct** | | **Invoice Total** | 0.00 |
| **Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual** : | | **Currency Code** | USD |

19 Jun, 2018

**Signature / Title / Date**

This invoice must be completed in English

# COMMERCIAL INVOICE

**EXPORTER**
Tax ID# :
Contact Name .  Clerk of the Court
Telephone No.  2023543000
E-Mail  therese.kuester@kobrekim.com
Company Name/Address
US District Court of DC
333 Constitution Avenue, NW

Washington DC 20001
Country   United States
Parties to Transaction:
☐ Related    ☐ Non-Related

Payment Terms .

Purpose of Shipment    Commercial

Ship Date    19 Jun, 2018
Air Waybill No. / Tracking No. / Bill of Lading .    772510438670
Invoice No.    Purchase Order No.

**CONSIGNEE**
Tax ID#
Contact Name   Minister of Foreign Affairs of the
Telephone No.   1234567890
E-Mail
Company Name/Address
Federal Republic of Nigeria
See attached Instructions

Abuja
Country   Nigeria

**SOLD TO (if different from Consignee) :**
☑ Same as CONSIGNEE

Tax ID#
Company Name/Address

Country

If there is a designated broker for this shipment, please provide contact information
Name of Broker    Tel No.    Contact Name
Duties and Taxes Payable by  ☑ Exporter ☐ Consignee ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| | 1 00 | PCS | Commercial - Legal Documents | | US | 0.000000 | 0.00 |

| Total No. of Packages  1 | Total Weight (Indicate LBS or KGS) :  15 00 lbs | Terms of Sale : | FCA |
|---|---|---|---|

**Special Instructions**

| | |
|---|---|
| Subtotal | 0.00 |
| Insurance | 0.00 |
| Freight : | 0.00 |
| Packing · | 0.00 |
| Handling | 0 00 |
| Other | 0.00 |

**Declaration Statement(s) .**
These items are controlled by the U S  Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified  They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U S. law and regulations.

| I declare that all the information contained in this invoice to be true and correct | Invoice Total . | 0.00 |
|---|---|---|
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual | Currency Code | USD |

19 Jun, 2018

Signature / Title / Date

This invoice must be completed in English

# COMMERCIAL INVOICE

| EXPORTER | |
|---|---|
| Tax ID# | |
| Contact Name  Clerk of the Court | **Ship Date**  19 Jun, 2018 |
| Telephone No.  2023543000 | |
| E-Mail  therese.kuester@kobrekim com | **Air Waybill No. / Tracking No. / Bill of Lading**  772510438670 |
| Company Name/Address | |
| US District Court of DC | **Invoice No.    Purchase Order No.** |
| 333 Constitution Avenue, NW | |
| | |
| Washington DC 20001 | |
| Country   United States | |
| Parties to Transaction | |
| ☐ Related      ☐ Non-Related | |
| Payment Terms | |
| Purpose of Shipment :  Commercial | |

| CONSIGNEE | SOLD TO (if different from Consignee) . |
|---|---|
| Tax ID# | ☑ Same as CONSIGNEE |
| Contact Name  Minister of Foreign Affairs of the | |
| Telephone No.  1234567890 | Tax ID# |
| E-Mail | Company Name/Address . |
| Company Name/Address | |
| Federal Republic of Nigeria | |
| See attached Instructions | |
| | |
| Abuja | |
| Country  Nigeria | |
| | Country : |

If there is a designated broker for this shipment, please provide contact information
Name of Broker      Tel No.      Contact Name

Duties and Taxes Payable by ☑ Exporter  ☐ Consignee  ☐ Other  If Other, please specify

| No. of Packages | No. of Units | Unit of Measure | Description of Goods | Harmonized Tariff Number | Country of Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| Packages | 1 00 | PCS | Commercial - Legal Documents | | US | 0 000000 | 0.00 |

| Total No. of Packages  1 | Total Weight (Indicate LBS or KGS) :  15.00 lbs | Terms of Sale : | FCA |
|---|---|---|---|
| **Special Instructions** | | Subtotal : | 0.00 |
| | | Insurance | 0 00 |
| | | Freight | 0 00 |
| | | Packing : | 0 00 |
| **Declaration Statement(s) .** These items are controlled by the U S  Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified  They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U S  law and regulations | | Handling | 0 00 |
| | | Other | 0 00 |
| I declare that all the information contained in this invoice to be true and correct | | Invoice Total : | 0.00 |
| Originator or Name of Company Representative if the invoice is being completed on behalf of a company or individual | | Currency Code : | USD |
| | | 19 Jun, 2018 | |
| Signature / Title / Date | | | |