

June 27, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **772510438670**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | CHI ANYAGWA | **Delivery location:** | SEE ATTACHED INSTRUCTIONS<br>ABUJA |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 27, 2018 16:13 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772510438670 | **Ship date:** | Jun 21, 2018 |
| | | **Weight:** | 8.5 lbs/3.9 kg |

**Recipient:**
MINISTER OF FOREIGN AFFAIRS OF THE
FEDERAL REPUBLIC OF NIGERIA
SEE ATTACHED INSTRUCTIONS
ABUJA NG

**Shipper:**
CLERK OF THE COURT
US DISTRICT COURT OF DC
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

**Reference**   ▮

Thank you for choosing FedEx.



June 27, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **772510511747**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | CHI ANYAGWA | **Delivery location:** | SEE ATTACHED INSTRUCTIONS<br>ABUJA |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 27, 2018 16:13 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772510511747 | **Ship date:** | Jun 21, 2018 |
| | | **Weight:** | 8.4 lbs/3.8 kg |

**Recipient:**
MINISTER OF FOREIGN AFFAIRS OF THE
FEDERAL REPUBLIC OF NIGERIA
SEE ATTACHED INSTRUCTIONS
ABUJA NG

**Shipper:**
CLERK OF THE COURT
US DISTRICT COURT OF DC
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

**Reference** 

Thank you for choosing FedEx.



June 27, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **7725106450368**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | CHI ANYAGWA | **Delivery location:** | SEE ATTACHED INSTRUCTIONS<br>ABUJA |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 27, 2018 16:13 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772510645038 | **Ship date:** | Jun 21, 2018 |
| | | **Weight:** | 8.5 lbs/3.9 kg |

**Recipient:**
MINISTER OF FOREIGN AFFAIRS OF THE
FEDERAL REPUBLIC OF NIGERIA
SEE ATTACHED INSTRUCTIONS
ABUJA NG

**Reference**

**Shipper:**
CLERK OF THE COURT
US DISTRICT COURT OF DC
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

Thank you for choosing FedEx.



June 27, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **772510546899**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | CHI ANYAGWA | **Delivery location:** | SEE ATTACHED INSTRUCTIONS<br>ABUJA |
| **Service type:** | FedEx International Priority | **Delivery date:** | Jun 27, 2018 16:13 |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 772510546899 | **Ship date:** | Jun 21, 2018 |
| | | **Weight:** | 8.5 lbs/3.9 kg |

**Recipient:**
MINISTER OF FOREIGN AFFAIRS OF THE
FEDERAL REPUBLIC OF NIGERIA
SEE ATTACHED INSTRUCTIONS
ABUJA NG

**Shipper:**
CLERK OF THE COURT
US DISTRICT COURT OF DC
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001 US

**Reference**

Thank you for choosing FedEx.