**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED,<br><br>          Petitioner,<br>   v.<br><br>FEDERAL REPUBLIC OF NIGERIA AND MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA,<br><br>          Respondents. | Case No. 18-cv-00594-CRC<br><br>ORAL ARGUMENT REQUESTED |

**RESPONDENTS' MOTION TO DISMISS**
**FOR LACK OF JURISDICTION UNDER THE FSIA**

  Respondents Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria (together, "Nigeria"), by and through their undersigned counsel, hereby move to dismiss the petition to confirm a foreign arbitral award filed by Process and Industrial Developments Limited (ECF No. 1) for lack of jurisdiction under the Foreign Sovereign Immunities Act (the "FSIA"), 28 U.S.C. §§ 1330, 1602 *et seq.*, pursuant to Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure.

  This motion is based on the accompanying Memorandum of Points and Authorities and the Declaration of Joseph D. Pizzurro, dated August 27, 2018, filed concurrently herewith.

-2-

Dated: Washington, D.C.
       August 27, 2018

                      Respectfully submitted,

                      CURTIS, MALLET-PREVOST,
                      COLT & MOSLE LLP

                      By:  */s/ Joseph D. Pizzurro*
                      Joseph D. Pizzurro
                      (D.C. Bar No. 468922)
                      1717 Pennsylvania Avenue, N.W.
                      Washington, D.C. 20006
                      Tel.:  (202) 452-7373
                      Fax:  (202) 452-7333
                      Email:  jpizzurro@curtis.com

                      -and-

                      Kevin A. Meehan (*pro hac vice* pending)
                      Juan O. Perla (*pro hac vice* pending)
                      101 Park Avenue
                      New York, NY 10178
                      Tel.: (212) 696-6000
                      Fax:  (212) 697-1559
                      Email: kmeehan@curtis.com
                      Email: jperla@curtis.com

                      *Attorneys for Respondents Federal Republic of Nigeria and Ministry of Petroleum Resources of the Federal Republic of Nigeria*