**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2018, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of record, including counsel for Respondents.

/s/ Josef M. Klazen

Josef M. Klazen