AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| PROCESS & INDUSTRIAL DEVELOPMENTS LIMITED | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  18-cv-00594-CRC |
| FEDERAL REPUBLIC OF NIGERIA ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PROCESS & INDUSTRIAL DEVELOPMENTS LIMITED                                            .

Date: 10/08/2020

/s/ Darryl G. Stein
*Attorney's signature*

Darryl G. Stein (NY0338)
*Printed name and bar number*

Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
*Address*

darryl.stein@kobrekim.com
*E-mail address*

(212) 488-1200
*Telephone number*

(212) 488-1220
*FAX number*