# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7003**                                                    **September Term, 2021**

**1:18-cv-00594-CRC**

**Filed On:** November 15, 2021

Process and Industrial Developments
Limited,

        Appellee

    v.

Federal Republic of Nigeria and Ministry of
Petroleum Resources of the Federal Republic
of Nigeria,

        Appellants

     **BEFORE:**   Henderson, Millett, and Walker, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the United States Department of Justice ("DOJ") be invited to file a brief amicus curiae addressing the views of the United States, including any interested federal agencies, on this case, and in particular on the applicability of the waiver exception to the Foreign Sovereign Immunities Act, codified at 28 U.S.C. § 1605(a)(1). Specifically, we request the DOJ's views on whether the United States, a party to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards ("New York Convention"), impliedly waives sovereign immunity from actions seeking the recognition and enforcement of foreign arbitral awards in the courts of other New York Convention states by becoming a party to the Convention and agreeing to arbitrate a dispute in a Convention state. The brief may not exceed 3,900 words and is due by 4:00 p.m. on December 30, 2021.  In addition to electronic filing, DOJ is directed to deliver paper copies of its submission to the court by the time and date due.

## Per Curiam

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk