

Christopher J. Major
*Partner*
Direct (212) 655-3579
Fax (646) 539-3679
cjm@msf-law.com

May 26, 2022

Via ECF

The Honorable Christopher R. Cooper
United States District Court Judge
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re:** *Process & Industrial Developments Limited v. Federal Republic of Nigeria*, et al. 18-cv-00594 (CRC)

Dear Judge Cooper:

  This firm represents Respondents The Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria (together, "Nigeria") in the above-captioned action (the "Action"). We write with the consent and on behalf of Petitioner Process & Industrial Developments Limited ("P&ID") to comply with the Court's May 18, 2022 Minute Order directing the parties to file a joint proposal for further proceedings in this case.

  This action concerns P&ID's attempt to enforce a foreign arbitral award (the "Award") against Nigeria. The Award is currently the subject of Nigeria's application to set aside the Award (the "Set Aside Application"), which is pending in the High Court of Justice in London, England (the "English Court"). The English Court will be conducting a trial of the Set Aside Application commencing on January 23, 2023 and estimated to conclude in March 2023 with a judgment to be issued by the English Court thereafter.

  The parties are currently discussing a potential stipulation and proposed order pursuant to which the parties would consent to a stay of this Action pending the resolution of the Set Aside Application in England. Therefore, the parties propose that by June 2, 2022, the parties will file either the stipulation or a joint notice to the Court advising the Court of their proposal for further proceedings in this case.

  The parties agree that Nigeria need not respond to the Petition in this Action at this time. The parties propose that Nigeria's time to respond to the Petition in this Action will be set by further order of the Court, and that the parties' next filing on June 2, 2022 will address the proposed timing of Nigeria's response to the Petition for the Court's consideration.

*The Honorable Christopher R. Cooper*
*United States District Court Judge*
*District of Columbia*
*May 26, 2022*
*Page 2*

Respectfully,

/s/ *Christopher J. Major*

Christopher J. Major

cc: All Counsel of Record (via ECF)