UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>FEDERAL REPUBLIC OF NIGERIA and MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA,<br><br>　　　　　　　　　　Respondents | Civil Action No: 18-cv-594 (CRC) |

## JOINT STATUS REPORT

Petitioner Process and Industrial Developments Limited ("P&ID"), and Respondents Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria (together "Nigeria"), by and through their undersigned counsel, hereby respectfully submit this Joint Status Report to comply with the Court's May 18, 2022 Minute Order directing the parties to file a joint proposal for further proceedings in this case.

P&ID commenced this proceeding on March 16, 2018, seeking to enforce a foreign arbitral award (the "Award") against Nigeria (the "Petition"). (ECF 1). On September 4, 2020, the English High Court of Justice (the "English Court") granted Nigeria permission to pursue an application to set aside the Award (the "Set Aside Application"). (ECF 48-1). The English Court will be conducting a trial of the Set Aside Application commencing on January 23, 2023. The English trial is estimated to conclude in March 2023, with a judgment to be issued by the English Court thereafter.

The parties are currently discussing a potential stipulation and proposed order pursuant to which the parties would consent to a stay of this case pending the resolution of the Set Aside

Application in England.  Therefore, the parties propose that by June 2, 2022, the parties will file either the stipulation or a joint notice to the Court advising the Court of their proposal for further proceedings in this case.

The parties agree that Nigeria need not respond to the Petition at this time.  The parties propose that Nigeria's time to respond to the Petition will be set by further order of the Court, and that the parties' next filing on June 2, 2022, will address the proposed timing of Nigeria's response to the Petition for the Court's consideration.

Respectfully submitted this 27th Day of May, 2022.

Dated: May 27, 2022
       New York, New York

| **KOBRE & KIM LLP** | **MEISTER SEELIG & FEIN LLP** |
|---|---|
| By:   /s/ Josef Klazen | By:   /s/ Christopher Major |
| Josef M. Klazen, Esq. | Christopher J. Major, Esq. |
| Michael S. Kim, Esq. | Alexander D. Pencu, Esq. |
| Darryl G. Stein, Esq. | Austin D. Kim, Esq. |
| 800 Third Avenue | 125 Park Avenue, 7th Floor |
| New York, New York 10022 | New York, New York 10017 |
| Tel: (212) 488-1200 | Tel: (212) 655-3500 |
| | |
| *Attorneys for the Process and Industrial Developments Limited* | *Attorneys for the Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria* |

So Ordered this_____ day of _____, 2022

_____
U.S.D.J.