UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL REPUBLIC OF NIGERIA and MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondents | Civil Action No: 18-cv-594 (CRC) |

## JOINT STATUS REPORT

Petitioner Process and Industrial Developments Limited ("P&ID"), and Respondents Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria (together "Nigeria"), by and through their respective undersigned counsel, hereby respectfully submit this Joint Status Report to comply with the Court's June 6, 2022 Minute Order directing the parties to file a joint report on the status of Nigeria's Set Aside Application pending before the English High Court of Justice (the "English Court").[1]

As background, P&ID commenced this proceeding on March 16, 2018, to confirm an arbitral award (the "Award") against Nigeria. (ECF 1). The English Court will be conducting a trial on Nigeria's Set Aside Application commencing on January 23, 2023. The English trial is estimated to conclude in March 2023, with a judgment to be issued by the English Court thereafter. There have been no changes to the timing of the English proceedings since the parties' May 27, 2022 Joint Status Report. Consistent with the Court's June 6, 2022 Minute Order, the parties will

---

[1] All capitalized terms not defined herein have the same meaning set forth in the June 2, 2022 Stipulation and Proposed Order (ECF No. 66).

provide another update in ninety days (December 5, 2022).  The parties respectfully request that this Court's June 6, 2022 Stay Order remain in place.

  Respectfully submitted this 6th Day of September, 2022.

Dated: September 6, 2022
   New York, New York

| | |
|---|---|
| **KOBRE & KIM LLP** | **MEISTER SEELIG & FEIN LLP** |
| By: ___/s/ Michael S. Kim___ | By: ___/s/ Alexander D. Pencu___ |
| Michael S. Kim | |
| Josef M. Klazen, Esq. | Alexander D. Pencu, Esq. |
| Darryl G. Stein, Esq. | Christopher J. Major, Esq. |
| 800 Third Avenue | Austin D. Kim, Esq. |
| New York, New York 10022 | 125 Park Avenue, 7th Floor |
| Tel: (212) 488-1200 | New York, New York 10017 |
| | Tel: (212) 655-3500 |
| *Attorneys for the Process and Industrial Developments Limited* | *Attorneys for the Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria* |

So Ordered this_____ day of _____, 2022

_____
U.S.D.J.