UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PROCESS AND INDUSTRIAL DEVELOPMENTS LIMITED,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL REPUBLIC OF NIGERIA and MINISTRY OF PETROLEUM RESOURCES OF THE FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondents | Civil Action No: 18-cv-594 (CRC) |

## JOINT STATUS REPORT

Petitioner Process and Industrial Developments Limited ("P&ID"), and Respondents Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria (together "Nigeria"), by and through their respective undersigned counsel, hereby respectfully submit this Joint Status Report to comply with the Court's September 7, 2022 Minute Order directing the parties to file a joint report on the status of Nigeria's Set Aside Application pending before the English High Court of Justice (the "English Court").[1]

As background, P&ID commenced this proceeding on March 16, 2018, to confirm an arbitral award (the "Award") against Nigeria. (ECF 1). The English Court will be conducting a trial on Nigeria's Set Aside Application commencing on January 16, 2023. The English trial is estimated to conclude in late March 2023, with a judgment to be issued by the English Court thereafter. There have been no changes to the timing of the English proceedings since the parties' September 6, 2022 Joint Status Report (ECF 67). Consistent with the Court's June 6, 2022 Minute

---

[1] All capitalized terms not defined herein have the same meaning set forth in the June 2, 2022 Stipulation and Proposed Order (ECF No. 66).

Order, the parties will provide another update in ninety days (March 6, 2023).  The parties respectfully request that this Court's June 6, 2022 Stay Order remain in place.

    Respectfully submitted this 5th Day of December, 2022.

Dated: December 5, 2022
      New York, New York

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MEISTER SEELIG & FEIN LLP |
|---|---|
| By:  /s/ Dennis H. Hranitzky<br>Dennis H. Hranitzky, Esq.<br>2755 E. Cottonwood Parkway, Suite 430<br>Salt Lake City, Utah 84121<br>Tel: (801) 515-7300<br><br>Debra O'Gorman, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7220<br><br>*Attorneys for the Process and Industrial Developments Limited* | By:   /s/ Alexander D. Pencu<br>Alexander D. Pencu, Esq.<br>Christopher J. Major, Esq.<br>Austin D. Kim, Esq.<br>125 Park Avenue, 7th Floor<br>New York, New York 10017<br>Tel: (212) 655-3500<br><br>*Attorneys for the Federal Republic of Nigeria and the Ministry of Petroleum Resources of the Federal Republic of Nigeria* |

So Ordered this____ day of _____, 2022

_____
U.S.D.J.